■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUINEVERE HABERSHAM, Appellant. [60 NYS3d 814]—An appeal having been taken to this Court by the above-named appellant

from judgments of the Supreme Court, New York County (Gregory Carro, J.), rendered October 28, 2015, as amended February 3, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Sweeny, J.P., Moskowitz, Kahn and Gesmer, JJ.